# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

SCOTT M. WICH
PARTNER
E-MAIL: SMWICH@CBDM.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2021
```

**MEMO ENDORSED**

April 5, 2021

**VIA ELECTRONIC FILING**
Hon. Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Defendants' request is GRANTED. The parties shall file their revised case management plan with dates certain on or before April 8, 2021. The Clerk of Court is directed to terminate the motion at ECF No. 35.

April 5, 2021
White Plains, NY

SO ORDERED:

/s/ Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re: **Hogue v. Key Food Stores Co-operative, Inc. et al.**
**Civil Action No. 18-9580**

Dear Judge Román:

This law firm represents the Defendants, Key Food Stores Co-operative, Inc, Hunting Ridge Farms LLC and Samuel Hassan in the above-referenced matter. I am writing with respect to the Court's March 30, 2021 order (ECF No. 34) directing the parties to submit a proposed case management plan on or before April 5, 2021. Defendants have provided a draft proposed case management plan to Plaintiff's counsel for their approval to submit jointly but have not yet received a response as of the time of filing this letter. As such, Defendants respectfully request an extension of time for the parties to jointly submit their proposed plan until April 8, 2021.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP

By: s/ Scott M. Wich
Scott M. Wich

cc: Zach Holzberg, Esq. (via ECF)