

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2022

January 5, 2022

**VIA ECF**

Honorable Nelson R. Roman
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

The parties' joint request to adjourn the Case Mgmt Conf. from Jan. 7, 2022 until July 8, 2022 at 10:00 am is GRANTED. The conf. will be held by AT&T Teleconf. To access the teleconf., please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconf. as a guest. Clerk of Court is requested to terminate the motion (doc. 48).

Dated: Jan. 5, 2022

**SO ORDERED:**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Re:** *Jamie Hogue v. Key Food Stores Co-operative Inc, et. al.*
No. 7:18-cv-09580-NSR-PED

Dear Judge Roman:

Please be advised that this office represents Plaintiff, Jamie Hogue, in the above-captioned matter. I write this letter joined by Defendants' counsel and upon the instruction of Judge Davison to respectfully request that Your Honor terminate the case management conference currently scheduled for January 7, 2022.

As Your Honor may recall, Your Honor scheduled the case management conference via Order dated April 16, 2021 (Dkt. No. 39). However, the parties subsequently submitted an Amended Scheduling Order entered by Judge Davison on November 2, 2021 (Dkt. No. 47). In connection with the Amended Scheduled Order the parties held a case management conference with Judge Davison this morning, January 5, 2022. As a result, the parties respectfully request that Your Honor terminate the case management conference for January 7, 2022. Our next status conference is scheduled with Judge Davison on February 28, 2022.

Thank you for your consideration of this request. Please let us know if Your Honor requires any additional information.

Respectfully submitted,

DEREK SMITH LAW GROUP PLLC

/s/Zack Holzberg, Esq.

Cc: Counsel for Defendants (via ECF)

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103 | (215) 391-4790
Miami Office: 701 Brickell Avenue, Suite 1310, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com