UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JAMIE HOGUE,

                            Plaintiff,                  **ORDER**

              - against -               18 Civ. 9580 (NSR) (PED)

JAMES JOYCE, et al.,

                            Defendants.

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/30/2022

Román, D.J.:

       The Court having been advised that all claims asserted herein have been settled, ORDERS that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated on or before April 29, 2022.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:     White Plains, New York
              March 30, 2022

                                                        Nelson S. Román, U.S.D.J.